## DUNTON *v.* ALEXANDER.

BECK, J. Where a case was tried in the court of ordinary, where· judgment was rendered on the 18th day of March, 1913, and a petition for certiorari with the sanction of the judge of the superior court, was filed on the 18th day of June, 1913, the writ being also issued on the latter date, it was not in time, and was properly dismissed. *Barrett* v. *Devine,* 60 *Ga.* 632; *W. & A. Railroad* v. *Carson,* 70 *Ga.* 388.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
NOVEMBER 13, 1914.

Certiorari. Before Judge Patterson. Cobb superior court. September 3, 1913.

*Mozley & Moss,* for plaintiff in error. *J. Z. Foster,* contra.

---

## TATUM *v.* LOWE *et al.*

LUMPKIN, J. 1. The charges complained of were not erroneous for any of the reasons assigned.

2. The charge to the effect that if the seller of a mule sold it with a warranty of soundness, and subsequently, upon its appearing to be sick, offered to exchange for it another mule to be selected by the purchasers, and the latter declined this proposition, the seller would be entitled to recover the purchase-price unless he renewed his guaranty at that time, was inaccurate, but was more favorable to the seller than the pleadings and evidence authorized; and the jury having found for the defendants, who pleaded failure of consideration to a suit for the purchase-price of the mule, this charge will not require a new trial on motion of the plaintiff.

3. The evidence showed that the mule was originally sold with a warranty of soundness, and a renewal of the warranty was unnecessary to its enforcement for a breach, or to the maintenance of a plea of failure of consideration, if there was a total or partial failure.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
NOVEMBER 13, 1914.

Complaint. Before Judge Bell. Forsyth superior court. September 6, 1913.

*C. L. Harris* and *Gober & Jackson,* for plaintiff.